# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Eliot Christopher Tomaszewski and<br>Lori Ann Shockley,<br><br>        Debtors.<br><br>Anthony H. Mason, Trustee<br><br>        Plaintiff,<br><br>v.<br><br>Kathleen Stratton,<br><br>        Defendant. | Chapter: 7<br>Case No. 2-18-bk-06067-DPC<br><br>Adversary Case No. 2:19-ap-00449-DPC<br><br><br><br>**ORDER GRANTING M OTION TO WITHDRAW** |

  Counsel for Defendant Kathleen Bechtel, f/k/a Kathleen Stratton ("Kathleen") having moved for withdrawal as counsel of record, the Court having considered the oral motion and counsel's avowals regarding an inability to have meaningful contact with Kathleen, and the Trustee having lodged no objections, it is

  **ORDERED** that counsel Veronica L. Manolio and the firm of Manolio & Firestone, PLC are withdrawn as counsel of record in this matter (and in any related proceedings before this Court).

  **SIGNED AND DATED ABOVE.**